Debtor    Sienna Biopharmaceuticals, Inc.        Case number *(if known)* _____
         Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of ___Delaware___
            (State)

Case number *(If known)*: _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sienna Biopharmaceuticals, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Sienna Labs Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 7 – 3 3 6 4 6 2 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 30699    Russell Ranch Road | |
| Number    Street | Number    Street |
| Suite 140 | |
| | P.O. Box |
| Westlake Village    CA    91362 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.siennabio.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Sienna Biopharmaceuticals, Inc.
        Name

Case number *(if known)* _____

---

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3_  _2_  _5_  _4_

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒  No

☐  Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒  No

☐  Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                    MM / DD / YYYY

         Case number, if known _____

---

Debtor    Sienna Biopharmaceuticals, Inc.                          Case number *(if known)*
          Name

---

**11.** **Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No.

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000        ☐ More than 100,000
☒ 200-999

---

**15.** **Estimated assets**

☐ $0-$50,000               ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000        ☒ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

| Debtor | Sienna Biopharmaceuticals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [x] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.   Declaration and signature of authorized representative of debtor**

- [x] The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- [x] I have been authorized to file this petition on behalf of the debtor.
- [x] I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/16/2019
                        MM / DD / YYYY

**X** _(signature)_

Signature of authorized representative of debtor

Frederick C. Beddingfield III
Printed name

Title   Chief Executive Officer

**18.   Signature of attorney**

**X** _(signature)_

Signature of attorney for debtor

Date   09/16/2019
              MM / DD / YYYY

Michael R. Nestor
Printed Name

Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square, 1000 North King Street
Number        Street

Wilmington
City

DE
State

19801
Zip Code

(302) 571-6600
Contact phone

mnestor@ycst.com
Email address

3526
Bar number

DE
State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------  x
                                                        :
In re:                                                  :     Chapter 11
                                                        :
SIENNA BIOPHARMACEUTICALS, INC.,                        :     Case No. 19-_____  (_____)
                                                        :
                          Debtor.                       :
                                                        :
------------------------------------------------------  x
```

**ATTACHMENT TO VOLUNTARY PETITION FOR
NON-INDIVIDUALS FILING FOR BANKRUPTCY UNDER CHAPTER 11**

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-38155**.

2.      The following financial data is the latest available information and refers to the debtor's condition on **June 30, 2019**.

| | | |
|---|---|---|
| a. | Total assets: | $107,625,000.00 |
| b. | Total debts (including debts listed in 2.c below): | $80,642,000.00 |
| c. | Debt securities held by more than 500 holders: | N/A |
| d. | Number of shares of preferred stock: | N/A |
| e. | Number of shares of common stock: | 30,907,542 |

Comments, if any:  N/A

3.      Brief description of Debtor's business:   Sienna Biopharmaceuticals, Inc. is a clinical-stage biopharmaceutical company focused on bringing innovations in biotechnology to the discovery, development, and commercialization of first-in-class, targeted, topical products in medical dermatology and aesthetics.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  ARCH Venture Partners VIII, LLC; Partner Fund Management, L.P.; FMR, LLC

## CERTIFICATE OF CORPORATE SECRETARY OF
## SIENNA BIOPHARMACEUTICALS, INC.

### SEPTEMBER 11, 2019

I, the undersigned, duly elected, qualified, and acting Corporate Secretary of Sienna Biopharmaceuticals, Inc., a Delaware corporation (the "**Company**"), do hereby certify solely on behalf of the Company and not in my individual capacity, that in such capacity, I am authorized to execute this Certificate on behalf of the Company, and further hereby certify that:

Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Board of Directors of the Company on the date hereof, and that such resolutions (a) have not been amended, rescinded, or modified since their adoption and remain in full force and effect as of the date hereof, and (b) were adopted in accordance with the provisions of applicable law and the Company's organizational documents.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the date first set forth above.


SIENNA BIOPHARMACEUTICALS, INC.

By: _____
Name:  Timothy K. Andrews
Title:    Corporate Secretary

[Signature Page to Secretary's Certificate]

## EXHIBIT A

**Board Resolutions**

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## SIENNA BIOPHARMACEUTICALS, INC.

### SEPTEMBER 11, 2019

**WHEREAS**, the members of the Board of Directors (the "**Board**") of Sienna Biopharmaceuticals, Inc., a Delaware corporation (the "**Company**"), has reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company; and

**WHEREAS**, the Board desires to approve the following resolutions.

## I.   COMMENCEMENT OF CHAPTER 11 CASE

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any officer of the Company (each, an "**Authorized Officer**") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file in the name and on behalf of the Company, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Officer deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

## II.        RETENTION OF ADVISORS

**RESOLVED**, that, in connection with the Company's Chapter 11 Case, any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, or desirable in connection with such employment and retention of professionals set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

**RESOLVED**, that the firm of Latham & Watkins LLP, located at 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071, is hereby retained as legal counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Young Conaway Stargatt & Taylor, LLP, located at Rodney Square, 1000 North King Street, Wilmington, DE 19801, is hereby retained as legal counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Cowen and Company, LLC, located at 599 Lexington Avenue, 20th Floor, New York, NY 10022, is hereby retained as investment banker for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Force 10 Partners, located at 20341 Southwest Birch Street, Suite 220, Newport Beach, CA 92660, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10153, is hereby retained as claims, noticing, and solicitation agent and administrative advisor in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

## III.       GENERAL AUTHORIZATION AND RATIFICATION

**RESOLVED**, that any Authorized Officers, in each case acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and record, and perform, such agreements, instruments, motions, affidavits, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any director or officer of the Company's direct and indirect subsidiaries (each, a "**Subsidiary**" and, as applicable, a "**Subsidiary D&O**"), in the name and on behalf of such Subsidiary, in furtherance of the restructuring, dissolution, or winding up of such Subsidiary be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED**, that any appropriate Subsidiary D&O, in each case acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Subsidiary, to cause the Subsidiary to enter into, execute, deliver, certify, file and record, and perform, such agreements, instruments, motions, affidavits, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Subsidiary D&O shall be or become necessary, proper, or desirable in connection with the restructuring, dissolution, or winding up of such Subsidiary; and be it further

**RESOLVED**, that the Corporate Secretary of the Company is authorized to place a copy of these resolutions in the official records of the Company to document the actions set forth herein as actions taken by the Board.

*[Remainder of page left intentionally blank]*

| Fill in this information to identify the case: |
| --- |
| Debtor Name:   Sienna Biopharmaceuticals |
| United States Bankruptcy Court for the:      District of Delaware |
| Case Number (If known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CHARLES RIVER LABORATORIES 251 BALLARDVALE ST WILMINGTON, MA  01887 | CONTACT: BRIAN BATHGATE, SVP GLOBAL PRECLINICAL SVCS PHONE: 419-289-8700 FAX: 978-657-4836 | TRADE DEBT | | | | $1,122,083.50 |
| 2 | CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT 800 CAPITOL MALL MIC 83 SACRAMENTO, CA  95814 | PHONE: 866-333-4606 FAX: 916-262-2352 | TAXES,UNEMPLOYMENT INSURANCE | D | | | $439,966.71 |
| 3 | THERAPEUTICS, INC. 9025 BALBOA AVENUE, SUITE 100 SAN DIEGO, CA  92123 | CONTACT: DAN PIACQUADIO, PRESIDENT PHONE: 858-571-1800 FAX: 858-571-1234 | TRADE DEBT | D | | | $266,704.40 |
| 4 | RHO, INC. 2635 E NC HWY 54 DURHAM, NC  27713 | CONTACT: LAURA HELMS REECE, CEO PHONE: 919-408-8000 FAX: 919-408-0999 | TRADE DEBT | | | | $244,432.00 |
| 5 | JOHNSON MATTHEY PHARMACEUTICAL MATERIALS, INC. 435 DEVON PARK DRIVE SUITE 600 WAYNE, PA  19087 | CONTACT: ROBERT MACLEOD PHONE: 610-971-3000 FAX: 610-971-3191 | TRADE DEBT | D | | | $177,633.17 |
| 6 | MEDPHARM LTD. UNIT 3, CHANCELLOR COURT 50 OCCAM ROAD, SURREY RESEARCH PARK GUILDFORD, SURREY  GU2 7AB UNITED KINGDOM | CONTACT: ADEBOLA YUSUF PHONE: +44 (0) 1483 501481 ADEBOLA.YUSUF@MEDPHARM.CO.UK | TRADE DEBT | | | | $89,154.87 |

Debtor: Sienna Biopharmaceuticals

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   UC REGENTS OFFICE OF THE GENERAL COUNSEL UNIVERSITY OF CALIFORNIA, OFFICE OF THE PRESIDENT 1111 FRANKLIN ST., 8TH FLOOR OAKLAND, CA  94607 | CONTACT: CHARLES ROBINSON PHONE: 510-987-9800 FAX: 510-987-9757 CHARLES.ROBINSON@UCOP.EDU | TRADE DEBT | | | | $65,000.00 |
| 8   EVIDENCE SCIENTIFIC SOLUTIONS, INC. 123 SOUTH BROAD STREET STE 2050 PHILADELPHIA, PA  19109 | CONTACT: MONIKA POELZMANN PHONE: 215-239-6600 FAX: 215-545-0240 MONIKA.POELZMANN@ENVISIONPHARMAGROUP.COM | TRADE DEBT | | | | $64,426.88 |
| 9   NEXTPHARMA 1 TANNERY HOUSE TANNERY LANE SEND, WOKING, SURREY  GU23 7EF UK | CONTACT: PETER BUREMA PHONE: +44-1-483-479-120 FAX: +44-1-483-479-135 PETER.BUREMA@NEXTPHARMA.COM | TRADE DEBT | | | | $53,139.19 |
| 10  ARA ADVANCE RESEARCH ASSOCIATES 2350 MISSION COLLEGE BLVD. STE 825 SANTA CLARA, CA  95054 | CONTACT: PETER SHABE, PRESIDENT PHONE: 650-810-1190 FAX: 650-810-1195 | TRADE DEBT | | | | $39,897.82 |
| 11  EVERSANA 24740 NETWORK PLACE CHICAGO, IL  60673-1247 | CONTACT: AMANDA VITOLLO PHONE: 908-508-6750 AMANDA.VITOLLO@EVERSANA.COM | TRADE DEBT | | | | $37,375.00 |
| 12  VEEVA SYSTEMS, INC 4280 HACIENDA DRIVE PLEASANTON, CA  94588 | CONTACT: PETER GASSNER, CEO PHONE: 925-452-6500 FAX: 925-452-6504 | TRADE DEBT | D | | | $36,000.00 |
| 13  CLINICAL RESEARCH MONITORING SERVICES, INC 7163 TULLAMORE LN FRANKLIN, TN  37067 | CONTACT: LAUREN NORMAN PHONE: 615-567-6537 LBNORMAN@HOTMAIL.COM | TRADE DEBT | | | | $20,693.25 |
| 14  APOTEX FERMENTATION INC. 50 SCURFIELD BLVD. WINNIPEG, MB  R3Y 1G4 CANADA | PHONE: 204-989-6830 FAX: 204-989-9160 INFO@APOFERM.COM | TRADE DEBT | | | | $16,445.75 |
| 15  SKIN RESEARCH INSTITUTE LLC 4425  PONCE DE LEON BLVD. SUITE 200 CORAL GABLES, FL  33146 | CONTACT: ALEX CAZZANIGA PHONE: 305-443-6606 X 125 FAX: 305-443-4890 ACAZZANIGA@SRINSTITUTE.ORG | TRADE DEBT | | | | $15,005.00 |
| 16  DEPASSE CONSULTING  GROUP, INC. 21 WELCH RD. LONDONDERRY, NH  03053 | CONTACT: DEBORAH DEPASSE PHONE: 877-734-4350 DEBBIE@DEPASSE.US | TRADE DEBT | | | | $14,984.90 |
| 17  ANNABEL BATES ADDRESS ON FILE | CONTACT: ANNABEL BATES PHONE: 61(0)455420014 ANNABELBATES0@GMAIL.COM | TRADE DEBT | | | | $13,440.00 |

Debtor: Sienna Biopharmaceuticals

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18   UPPSALA MONITORING UPPSALA MONITORING CENTRE BOX 1051 UPPSALA  S-751 40 SWEDEN | CONTACT: MARIE LINDQUIST PHONE: +46-18-65 60 60 FAX: +46-18-65 60 88 MARIE.LINDQUIST@WHO-UMC.ORG | TRADE DEBT | | | | $12,347.27 |
| 19   QACV CONSULTING, LLC 3242 REGAL ROAD BETHLEHEM, PA  18020 | CONTACT: CHRIS WUBBOLT PHONE: 610-442-2250 CHRIS.WUBBOLT@QACVCONSULTING .COM | TRADE DEBT | | | | $11,828.31 |
| 20   NANOCOMPOSIX 4878 RONSON CT, STE K SAN DIEGO, CA  92111 | CONTACT: STEVEN OLDENBURG, PRESIDENT PHONE: 858-565-4227 FAX: 619-330-2556 INFO@NANOCOMPOSIX.COM | TRADE DEBT | | | | $9,935.00 |

Fill in this information to identify the case and this filing:

Debtor Name ___Sienna Biopharmaceuticals, Inc.___

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐     *Schedule H: Codebtors* (Official Form 206H)

☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐     *Amended Schedule ___*

☒     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐     *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __09/16/2019__          X    _____
　　　　　　　　　MM/DD/YYYY                      Signature of individual on behalf of debtor

                                          Frederick C. Beddingfield III
                                          Printed name

                                          Chief Executive Officer
                                          Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------  x
                                                      :
In re:                                                :      Chapter 11
                                                      :
SIENNA BIOPHARMACEUTICALS, INC.,                      :      Case No. 19-_____ (_____)
                                                      :
                  Debtor.                             :
                                                      :
----------------------------------------------------  x
```

## STATEMENT OF CORPORATE OWNERSHIP

       Pursuant to Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1, provided below are the entities that directly or indirectly own 10% or more of any class of Sienna Biopharmaceuticals, Inc.'s equity interests.

| Shareholder | Address | Number of Shares |
|---|---|---|
| ARCH Venture Partners VIII | 8755 W Higgins Rd<br>Suite 125<br>Chicago, IL 60631 | 3,633,068 |

# United States Bankruptcy Court
## Delaware

In re:  **Sienna Biopharmaceuticals, Inc**                                              Case No. _____

Debtor(s)

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ABBVIE INTERNATIONAL S A R L<br>26 BOULEVARD ROYAL<br>2449 LUXEMBOURG<br>LUXEMBOURG | COMMON SHARES | 78,816 | COMMON |
| ABN AMROCC<br>ATTN PROXY DEPARTMENT<br>175 W. JACKSON BLVD<br>SUITE 2050<br>CHICAGO, IL  60605 | COMMON SHARES | 8,126 | COMMON |
| ALAN C & AGNES B MENDELSON<br>FAMILY TRUST<br>ATTN ALAN MENDELSON<br>76 DE BELL DR<br>ATHERTON CA 94027-2253 | COMMON SHARES | 2,042 | COMMON |
| ALBUM CREATIVE STUDIOS<br>ATTN NATHAN HARRIS<br>1705 N EL CAMINO REAL<br>SAN CLEMENTE CA 92672-5915 | COMMON SHARES | 9,540 | COMMON |
| ALFREDO BONI<br>VIA SANT ULDERICO 80<br>10015 IVREA<br>ITALY | COMMON SHARES | 45,102 | COMMON |
| ALTITUDE LIFE SCIENCE VENTURES<br>FUND II LP<br>1014 MARKET ST STE 200<br>KIRKLAND WA 98033-5435 | COMMON SHARES | 42,768 | COMMON |
| ALTITUDE LIFE SCIENCE VENTURES<br>SIDE FUND II LP<br>1014 MARKET ST STE 200<br>KIRKLAND WA 98033-5435 | COMMON SHARES | 42,768 | COMMON |
| AMERIPRISE<br>ATTN GREG WRAALSTAD OR PROXY MGR<br>901 3RD AVE SOUTH<br>MINNEAPOLIS, MN  55474 | COMMON SHARES | 11,000 | COMMON |
| ANDALUCIA VENTURES LLC<br>580 MEADOW GROVE LN<br>WESTLAKE VILLAGE CA 91362-5606 | COMMON SHARES | 31,784 | COMMON |

Sheet 1 of 16  in List of Equity Security Holders

In re:   **Sienna Biopharmaceuticals, Inc**                          Case No. _____

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ANITA SALUJA<br>2758 WYNDHAM WAY<br>MELBOURNE FL 32940-5970 | COMMON SHARES | 6,129 | COMMON |
| ARCH VENTURE FUND VIII LP<br>8755 W HIGGINS RD STE 1025<br>CHICAGO IL 60631-2778 | COMMON SHARES | 2,750,575 | COMMON |
| ARCH VENTURE FUND VIII OVERAGE LP<br>8755 W HIGGINS RD STE 1025<br>CHICAGO IL 60631-2778 | COMMON SHARES | 882,493 | COMMON |
| BANK OF NEW YORK MELLON<br>ATTN EVENT CREATION<br>500 GRANT STREET<br>ROOM 151-1700<br>PITTSBURGH, PA  15258 | COMMON SHARES | 2,194,969 | COMMON |
| BARCLAYS CAPITAL INC.<br>ATTN CORPORATE ACTIONS/REORG<br>745 7TH AVENUE, 3RD FLOOR<br>NEW YORK, NY  10019 | COMMON SHARES | 96 | COMMON |
| BEDDINGFIELD CHILDREN'S TRUST<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 28,152 | COMMON |
| BEDDINGFIELD FAMILY TRUST<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 112,614 | COMMON |
| BMO NESBITT BURNS INC. /CDS<br>ATTN PHUTHORN PENIKETT<br>250 YONGE ST., 14TH FLOOR<br>TORONTO, ON  M5B 2M8<br>CANADA | COMMON SHARES | 34,607 | COMMON |
| BNP PARIBAS, NEW YORK BRANCH<br>ATTN PROXY DEPARTMENT<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ  07310 | COMMON SHARES | 907 | COMMON |

In re:   Sienna Biopharmaceuticals, Inc                                    Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BOFA SECURITIES, INC.<br>ATTN EARL WEEKS OR PROXY DEPT.<br>C/O MERRILL LYNCH CORPORATE ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL 32246 | COMMON SHARES | 88,711 | COMMON |
| BRANDITH IRWIN & MARK MCPHERSON<br>3901 E MCGILVRA ST<br>SEATTLE WA 98112-2737 | COMMON SHARES | 2,733 | COMMON |
| BROWN BROTHERS HARRIMAN & CO.<br>ATTN CORPORATE ACTIONS / VAULT<br>140 BROADWAY<br>NEW YORK, NY 10005 | COMMON SHARES | 2,648,588 | COMMON |
| CATHERINE MOUKHEIBIR<br>IMMEUBLE LA PERLE BLEUE<br>ACHRAFIEH<br>BEIRUT<br>LEBANON | COMMON SHARES | 20,114 | COMMON |
| CHARLES SCHWAB & CO., INC.<br>ATTN CHRISTINA YOUNG OR PROXY MGR<br>2423 EAST LINCOLN DRIVE<br>PHOENIX, AZ 85016-1215 | COMMON SHARES | 1,665,167 | COMMON |
| CIBC WORLD MKTS. /CDS<br>ATTN REED JON OR PROXY DEPT.<br>22 FRONT ST. W. 7TH FL<br>TORONTO, ON M5J 2W5<br>CANADA | COMMON SHARES | 5,152 | COMMON |
| CINDY DIBIASI LIVING TRUST<br>DATED 12-28-2012<br>110 WASHINGTON AVE APT 1309<br>MIAMI BEACH FL 33139-7222 | COMMON SHARES | 21,115 | COMMON |
| CITADEL SECURITIES LLC<br>ATTN KEVIN NEWSTEAD OR PROXY MGR<br>131 SOUTH DEARBORN STREET<br>35TH FLOOR<br>CHICAGO, IL 60603 | COMMON SHARES | 13 | COMMON |
| CITIBANK<br>ATTN DARYL SLATER OR REORG MGR<br>3800 CITIBANK CENTER<br>B3-12<br>TAMPA, FL 33610 | COMMON SHARES | 5,450 | COMMON |

Sheet 3 of 16  in List of Equity Security Holders

In re:   Sienna Biopharmaceuticals, Inc                                    Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CITIBANK, N.A.<br>ATTN SHERIDA SINANAN OR PROXY DEPT.<br>3801 CITIBANK CENTER<br>B/3RD FLOOR/ZONE 12<br>TAMPA, FL  33610 | COMMON SHARES | 394,354 | COMMON |
| CREDENTIAL SECURITIES INC<br>ATTN DANIELLE MONTANARI OR PROXY MGR<br>700 - 1111 W. GEORGIA ST<br>VANCOUVER, BC  V6E 4T6<br>CANADA | COMMON SHARES | 2,401 | COMMON |
| CREDIT SUISSE<br>ATTN EMILY CONNORS OR PROXY DEPT.<br>C/O REORGANIZATION DEPT.<br>7033 LOUIS STEPHENS DRIVE<br>RESEARCH TRIANGLE PARK, NC  27709 | COMMON SHARES | 2,990 | COMMON |
| CREST INTL NOMINEES LIMITED<br>ATTN NATHAN ASHWORTH OR PROXY MGR<br>33 CANNON STREET<br>LONDON  EC4M 5SB<br>UNITED KINGDOM | COMMON SHARES | 6,445 | COMMON |
| D. A. DAVIDSON & CO.<br>ATTN RITA LINSKEY OR PROXY MGR<br>8 THIRD STREET NORTH<br>GREAT FALLS, MT  59401 | COMMON SHARES | 4,975 | COMMON |
| DAVID MAKI<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 7,675 | COMMON |
| DENNIS TO<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 8,517 | COMMON |
| DESERET TRUST COMPANY – I<br>ATTN PROXY MGR<br>60 EAST SOUTH TEMPLE<br>SUITE 400<br>SALT LAKE CITY, UT  84111-1036 | COMMON SHARES | 313 | COMMON |

In re:  Sienna Biopharmaceuticals, Inc                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DESJARDINS SECURITIES INC. ATTN KARLA DIAZ FOR MATERIALS VALEURS MOBILIARES DESJARDINS 2, COMPLEXE DESJARDINS TOUR EST MONTREAL, QC  H5B 1B4 CANADA | COMMON SHARES | 8,964 | COMMON |
| DEUTSCHE BANK SECURITIES, INC. ATTN SARA BATTEN OR PROXY MGR 5022 GATE PARKWAY SUITE 200 JACKSONVILLE, FL  32256 | COMMON SHARES | 41 | COMMON |
| DIANE M STROEHMANN 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 117,724 | COMMON |
| DONNA JANSON 2647 MERCED PL JAMUL CA 91935-4000 | COMMON SHARES | 28,571 | COMMON |
| DONNA VOLPITTA 2014 IRREVOCABLE TRUST 18 THRESHING ROCK RD POUND RIDGE NY 10576-2206 | COMMON SHARES | 118,910 | COMMON |
| E- TRANSACTION CLEARING ATTN JANE BUHAIN OR PROXY MGR 660 S. FIGUEROA STREET SUITE 1450 LOS ANGELES, CA  90017 | COMMON SHARES | 430 | COMMON |
| ED CASTELLANA 6894 FISK AVE SAN DIEGO CA 92122-2437 | COMMON SHARES | 57,349 | COMMON |
| EDWARD JONES ATTN DEREK ADAMS OR PROXY DEPT. CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD ST. LOUIS, MO  63131 | COMMON SHARES | 10,606 | COMMON |
| ELING WONG 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 3,533 | COMMON |

In re:   Sienna Biopharmaceuticals, Inc                                          Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ELIOT FORSTER<br>RED HOUSE WEST<br>SOTWELL ST<br>WALLINGFORD<br>OXFORDSHIRE OX10 0RG<br>UNITED KINGDOM | COMMON SHARES | 115 | COMMON |
| ELIZABETH STANLEY<br>830 HILLVIEW CIR<br>SIMI VALLEY CA 93065-4304 | COMMON SHARES | 5,962 | COMMON |
| ETRADE/APEX<br>C/O BROADRIDGE SECURITIES PROCESSING<br>ATTN: YASMINE CASSEUS<br>2 GATEWAY CENTER<br>NEWARK, NJ  07102 | COMMON SHARES | 335,801 | COMMON |
| FOLIO (FN) INVESTMENTS, INC.<br>ATTN ASHLEY THEOBALD OR PROXY MGR<br>8180 GREENSBORO DRIVE<br>8TH FLOOR<br>MCLEAN, VA  22102 | COMMON SHARES | 1 | COMMON |
| FREDERICK C BEDDINGFIELD III<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 553,652 | COMMON |
| GOLDMAN SACHS<br>ATTN MEGHAN SULLIVAN OR PROXY DEPT<br>30 HUDSON STREET<br>JERSEY CITY, NJ  07302 | COMMON SHARES | 2,253,006 | COMMON |
| GREGORY STOKES<br>98 SUMMIT DR<br>FREEHOLD NJ 07728-9035 | COMMON SHARES | 34,071 | COMMON |
| GREYSTOKE ASSOCIATES LLC<br>P.O. BOX 957<br>WILMINGTON DE 19899-0957 | COMMON SHARES | 120,501 | COMMON |
| GUY WEBSTER<br>529 LONDON TRACT RD<br>LANDENBERG PA 19350-9144 | COMMON SHARES | 6,814 | COMMON |

In re:   **Sienna Biopharmaceuticals, Inc** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HARRIS FAMILY IRREVOCABLE TRUST 1 DATED 7/24/2017 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 17,557 | COMMON |
| HARRIS FAMILY IRREVOCABLE TRUST 2 DATED 7/24/2017 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 17,557 | COMMON |
| HARRIS FAMILY IRREVOCABLE TRUST 3 DATED 7/24/2017 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 17,557 | COMMON |
| HARRIS FAMILY IRREVOCABLE TRUST 4 DATED 7/24/2017 30699 RUSSELL RANCH ROAD SUITE 140 WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 17,557 | COMMON |
| HAYWOOD BIOTECHNOLOGY LLC 1500 N DIXIE HWY STE 305 WEST PALM BEACH FL 33401-2717 | COMMON SHARES | 17,035 | COMMON |
| HSBC BANK USA, NA/CLEARING ATTN BARBARA SKELLY OR PROXY MGR 545 WASHINGTON BLVD 10TH FLOOR JERSEY CITY, NJ  07310 | COMMON SHARES | 2,250 | COMMON |
| INTERACTIVE BROKERS ATTN KARIN MCCARTHY OR PROXY DEPT. 8 GREENWICH OFFICE PARK GREENWICH, CT  06831 | COMMON SHARES | 184,015 | COMMON |
| J.P. MORGAN/CLEARING ATTN CORPORATE ACTIONS TEAM 500 STANTON CHRISTIANA RD. NCC5 FL3 NEWARK, DE  19713 | COMMON SHARES | 2,259,186 | COMMON |
| J-4000 INVESTMENTS LLC 1525 N TECHNOLOGY WAY OREM UT 84097-2395 | COMMON SHARES | 2,111 | COMMON |

In re:  Sienna Biopharmaceuticals, Inc                              Case No. _____

_____
                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JANNEY MONTGOMERY SCOTT INC.<br>ATTN CORPORATE ACTIONS<br>1717 ARCH ST<br>17TH FL<br>PHILADELPHIA, PA  19103-1675 | COMMON SHARES | 750 | COMMON |
| JARED YOUNGER<br>4572 FIR AVE<br>SEAL BEACH CA 90740-3007 | COMMON SHARES | 1,407 | COMMON |
| JASON HARRIS<br>10752 TREGO TRL<br>RALEIGH NC 27614-9660 | COMMON SHARES | 3,407 | COMMON |
| JERE FELLMAN<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 28,226 | COMMON |
| JI-HO PARK<br>10208 CARNERO PL<br>LAKESIDE CA 92040-2240 | COMMON SHARES | 2,962 | COMMON |
| JPMORGAN CHASE<br>ATTN JEFF LAZARUS OR REORG MGR NY1-C094<br>4 METROTECH CENTER - 3RD FLOOR<br>BROOKLYN, NY  11245 | COMMON SHARES | 304,350 | COMMON |
| KEITH KLEIN<br>637 7TH ST<br>HERMOSA BEACH CA 90254-4706 | COMMON SHARES | 2,981 | COMMON |
| KELL S CANNON &<br>STEPHANIE S MUEHLHAUSEN<br>P.O. BOX 173859<br>DENVER CO 80217-3859 | COMMON SHARES | 4,086 | COMMON |
| KENT COUNTY COUNCIL<br>COUNTY HALL<br>MAIDSTONE<br>KENT ME14 1XQ<br>UNITED KINGDOM | COMMON SHARES | 24,025 | COMMON |
| KEVIN FERRETTI<br>128 N LAKESIDE DR NW<br>KENNESAW GA 30144-3092 | COMMON SHARES | 1,407 | COMMON |

In re:   Sienna Biopharmaceuticals, Inc                                    Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KIRSTEIN-WHOLEY FAMILY TRUST<br>15505 LEMAY ST<br>VAN NUYS CA 91406-6200 | COMMON SHARES | 2,111 | COMMON |
| LAKE T MCGUIRE<br>2033 MACKINNON AVE<br>CARDIFF BY THE SEA CA 92007-1713 | COMMON SHARES | 1,941 | COMMON |
| LASK FAMILY TRUST<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE  91362 | COMMON SHARES | 44,497 | COMMON |
| LAURENTIAL BANK OF CANADA/CDS<br>ESTELLE COLLE OR PROXY MGR<br>1981 MCGILL COLLEGE AVE<br>SUITE 100<br>MONTREAL, QC  H3A 3K3<br>CANADA | COMMON SHARES | 3,000 | COMMON |
| LENA WU<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE  91362 | COMMON SHARES | 4,430 | COMMON |
| LPL FINANCIAL CORPORATION<br>ATTN CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL, SC  29715 | COMMON SHARES | 196,177 | COMMON |
| LUNDEEN SMUCK REVOCABLE TRUST<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 4,514 | COMMON |
| MADISON TRUST COMPANY CUSTODIAN<br>FBO TAMARA FERRETTI M1602090<br>401 E 8TH ST STE 200P<br>SIOUX FALLS SD 57103-7015 | COMMON SHARES | 9,149 | COMMON |
| MAJED KHEIR<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 54,307 | COMMON |
| MARCY MOORE<br>131 KELEKENT LN<br>CARY NC 27518-8681 | COMMON SHARES | 17,035 | COMMON |

Sheet 9 of 16  in List of Equity Security Holders

In re:   Sienna Biopharmaceuticals, Inc _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MARK SCHNEIDER<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 22,997 | COMMON |
| MARK V ROEDER<br>1618 STANFORD AVE<br>MENLO PARK CA 94025-5757 | COMMON SHARES | 703 | COMMON |
| MATHEW M AVRAM<br>193 MARLBOROUGH ST<br>BOSTON MA 02116-1803 | COMMON SHARES | 2,042 | COMMON |
| MCGUIRE SPECIALTY INVESTMENTS LLC<br>2033 MACKINNON AVE<br>CARDIFF BY THE SEA CA 92007-1713 | COMMON SHARES | 2,631 | COMMON |
| MILLENNIUM TRUST COMPANY LLC CUST<br>FBO ROBERT J MORE ROTH IRA XXXX52344<br>5014 EL ACCBO DEL NORTE<br>P.O. BOX 196<br>RANCHO SANTA FE CA 92067-0196 | COMMON SHARES | 136,286 | COMMON |
| MITCHEL P GOLDMAN<br>424 SHEFFIELD AVE<br>CARDIFF BY THE SEA CA 92007-1640 | COMMON SHARES | 10,112 | COMMON |
| MORGAN STANLEY & CO.<br>ATTN MS PROXY DEPARTMENT<br>1300 THAMES STREET WHARF<br>BALTIMORE, MD  21231 | COMMON SHARES | 1,397,980 | COMMON |
| NATIONAL FINANCIAL SVCS.<br>ATTN SEAN COLE OR PROXY DEPT.<br>NEWPORT OFFICE CENTER III<br>499 WASHINGTON BOULEVARD<br>JERSEY CITY, NJ  07310 | COMMON SHARES | 3,425,984 | COMMON |
| NBCN INC. /CDS<br>ATTN DANIEL NTAP OR PROXY MGR<br>1010 RUE DE LA GAUCHETIERE ST. WEST<br>SUITE 1925<br>MONTREAL, QC  H3B 5J2<br>CANADA | COMMON SHARES | 13,300 | COMMON |

In re:   **Sienna Biopharmaceuticals, Inc** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---:|---|
| NEOMED IV EXTENSION LP<br>13 CASTLE ST<br>ST HELIER JE4 5UT<br>JERSEY | COMMON SHARES | 1 | COMMON |
| NORTHERN TRUST COMPANY, THE<br>ATTN ANDREW LUSSEN OR PROXY MGR<br>801 S. CANAL STREET<br>ATTN: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL  60607 | COMMON SHARES | 195,559 | COMMON |
| OPPENHEIMER & CO. INC.<br>ATTN COLIN SANDY OR PROXY MGR<br>85 BROAD STREET, 4TH FLOOR<br>NEW YORK, NY  10004 | COMMON SHARES | 3,519 | COMMON |
| PAUL F LIZZUL AND<br>LIZZUL LIVING TRUST<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 10,557 | COMMON |
| PAUL LIZZUL<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 84,634 | COMMON |
| PENSCO TRUST COMPANY CUSTODIAN<br>FBO KELL CANNON IRA<br>P.O. BOX 173859<br>DENVER CO 80217-3859 | COMMON SHARES | 21,115 | COMMON |
| PENSCO TRUST COMPANY<br>ATTN BRETT DAVIS OR PROXY MGR<br>717 17TH STREET<br>SUITE 21<br>DENVER, CO  80202 | COMMON SHARES | 9,057 | COMMON |
| PERSHING<br>ATTN JOSEPH LAVARA OR PROXY DEPT.<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | COMMON SHARES | 142,764 | COMMON |
| PHARUS INVESTMENT PARTNERS LLC<br>SERIES 5<br>551 5TH AVE<br>NEW YORK NY 10176-0001 | COMMON SHARES | 7,038 | COMMON |

In re:   Sienna Biopharmaceuticals, Inc _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| QUESTRADE INC./CDS<br>ATTN AL NANJI OR PROXY MGR<br>5650 YONGE STREET<br>TORONTO, ON  M2M 4G3<br>CANADA | COMMON SHARES | 5,788 | COMMON |
| RALEIGH RADIOLOGY ASSOCIATES INC<br>PROFIT SHARING PLAN FBO JASON HARRIS<br>10752 TREGO TRL<br>RALEIGH NC 27614-9660 | COMMON SHARES | 15,332 | COMMON |
| RAYMOND JAMES & ASSOCIATES, INC.<br>ATTN ROBERTA GREEN OR PROXY MGR<br>880 CARILION PARKWAY<br>TOWER 2, 4TH FLOOR<br>ST. PETERSBURG, FL  33716 | COMMON SHARES | 38,333 | COMMON |
| RBC CAPITAL MARKETS CORPORATION<br>ATTN STEVE SCHAFER OR PROXY MGR<br>60 S 6TH ST - P09<br>MINNEAPOLIS, MN  55402-1106 | COMMON SHARES | 227,131 | COMMON |
| RBC DOMINION /CDS<br>ATTN PROXY MGR<br>2 BLOOR STREET E # 2300<br>TORONTO, ON  M4W 1A8<br>CANADA | COMMON SHARES | 381,927 | COMMON |
| REID MCGUIRE<br>3715 PARULA DR<br>EAST LANSING MI 48823-8352 | COMMON SHARES | 1,941 | COMMON |
| RICHARD & HERLINDA KOBASHI CO-TRUSTEES<br>THE KOBASHI REVOCABLE LIVING TRUST<br>DTD 10/21/88 AS AMENDED 12/10/98<br>425 LA SIERRA WAY<br>GILROY CA 95020-4321 | COMMON SHARES | 2,111 | COMMON |
| ROBERT B AND TINA M PIERCE<br>507 INWOOD LN<br>INDIAN HARBOUR BEACH FL 32937-4308 | COMMON SHARES | 1,407 | COMMON |
| ROBERT MORE<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 19,656 | COMMON |

Sheet 12 of 16  in List of Equity Security Holders

In re:   Sienna Biopharmaceuticals, Inc                                    Case No. _____

_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROBERT W. BAIRD & CO. INC.<br>ATTN JAN SUDFELD OR PROXY MGR<br>777 E. WISCONSIN AVENUE<br>19TH FLOOR<br>MILWAUKEE, WI  53202 | COMMON SHARES | 2,010 | COMMON |
| ROBINHOOD SECURITIES, LLC<br>C/O MEDIANT COMMUNICATIONS<br>STEPHANY HERNANDEZ<br>100 DEMAREST DRIVE<br>WAYNE, NJ  07470 | COMMON SHARES | 84,717 | COMMON |
| RYAN AND SHIMA BAUGHMAN<br>1871 E HUBBARD AVE<br>SALT LAKE CITY UT 84108-1341 | COMMON SHARES | 4,222 | COMMON |
| SABRINA STEPHAN<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 8,517 | COMMON |
| SANDRA MORE<br>2285 WHITE PINE LN<br>PARK CITY UT 84060-5525 | COMMON SHARES | 22,878 | COMMON |
| SCOTT ROMESSER<br>1457 CAMINO MELENO<br>SANTA BARBARA CA 93111-1010 | COMMON SHARES | 25,553 | COMMON |
| SCOTT SUMMERSGILL<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 12,776 | COMMON |
| SEI PRIVATE TRUST COMPANY<br>ATTN ERIC GREENE OR PROXY MGR<br>ONE FREEDOM VALLEY DRIVE<br>OAKS, PA  19456 | COMMON SHARES | 15,000 | COMMON |
| SELF DIRECTED IRA SERVICES INC<br>CUSTODIAN FBO LAKE MCGUIRE IRA<br>2033 MACKINNON AVE<br>CARDIFF BY THE SEA CA 92007-1713 | COMMON SHARES | 7,571 | COMMON |
| SELF DIRECTED IRA SERVICES INC<br>CUSTODIAN FBO REID MCGUIRE IRA<br>3715 PARULA DR<br>EAST LANSING MI 48823-8352 | COMMON SHARES | 7,571 | COMMON |

Sheet 13 of 16  in List of Equity Security Holders

In re:   **Sienna Biopharmaceuticals, Inc**                                          Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SETH J ORLOW PHD<br>9 E 96TH ST # 11A<br>NEW YORK NY 10128-0778 | COMMON SHARES | 28,153 | COMMON |
| SG AMERICAS SECURITIES, LLC<br>ATTN PAUL MITSAKOS OR PROXY MGR<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | COMMON SHARES | 702 | COMMON |
| SIMON RUSSELL<br>BAERENFELSWEG 11<br>4202 DUGGINGEN<br>SWITZERLAND | COMMON SHARES | 16,049 | COMMON |
| STATE STREET<br>ATTN PROXY DEPARTMENT<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA  02171 | COMMON SHARES | 564,821 | COMMON |
| STEVE OLDENBURG<br>1835 BEL AIR TER<br>ENCINITAS CA 92024-5502 | COMMON SHARES | 15,977 | COMMON |
| STIFEL NICOLAUS & CO.<br>ATTN CHRIS WIEGAND OR PROXY DEPT.<br>C/O MEDIANT COMMUNCATIONS<br>501 N. BROADWAY<br>ST. LOUIS, MO  63102 | COMMON SHARES | 113 | COMMON |
| STOCKCROSS FINANCIAL<br>ATTN DIANE TOBEY OR PROXY MGR<br>77 SUMMER STREET<br>BOSTON, MA  02210 | COMMON SHARES | 1,000 | COMMON |
| STUART ROSS<br>5445 POTOMAC AVE NW<br>WASHINGTON DC 20016-2553 | COMMON SHARES | 7,038 | COMMON |
| TD AMERITRADE CLEARING, INC.<br>ATTN MANDI FOSTER OR PROXY MGR<br>1005 AMERITRADE PLACE<br>BELLEVUE, NE  68005 | COMMON SHARES | 684,337 | COMMON |

In re:   **Sienna Biopharmaceuticals, Inc**  _____        Case No. _____
                                                           Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TD WATERHOUSE CANADA INC. /CDS<br>ATTN YOUSUF AHMED OR PROXY MGR<br>77 BLOOR STREET WEST<br>3RD FLOOR<br>TORONTO, ON  M4Y 2T1<br>CANADA | COMMON SHARES | 47,802 | COMMON |
| THE BALDRIDGE FAMILY TRUST<br>ATTN E BRADFORD BALDRIDGE<br>3604 N POINSETTIA AVE<br>MANHATTAN BEACH CA 90266-3544 | COMMON SHARES | 8,172 | COMMON |
| TIMOTHY ANDREWS<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 51,737 | COMMON |
| TODD HARRIS<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 570,991 | COMMON |
| TRADESTATION SECURITIES<br>ATTN CORPORATE ACTIONS<br>8050 SW 10TH STREET, STE 2000<br>PLANTATION, FL  33324 | COMMON SHARES | 19,750 | COMMON |
| U.S. BANCORP INVESTMENTS, INC.<br>ATTN KEVIN BROWN OR PROXY MGR<br>60 LIVINGSTON AVE<br>ST. PAUL, MN  55107-1419 | COMMON SHARES | 1,000 | COMMON |
| UBS FINANCIAL SERVICES LLC<br>ATTN PROXY DEPARTMENT - JANE FLOOD<br>1000 HARBOR BLVD<br>WEEHAWKEN, NJ  07086 | COMMON SHARES | 1,027,056 | COMMON |
| UBS SECURITIES LLC<br>ATTN MICHAEL HALLET OR PROXY MGR<br>PROXY DEPARTMENT<br>315 DEADRICK STREET<br>NASHVILLE, TN  37238 | COMMON SHARES | 249 | COMMON |
| VANGUARD MARKETING CORPORATION<br>ATTN BEN BEGUIN OR PROXY MGR<br>14321 N. NORTHSIGHT BOULEVARD<br>SCOTTSDALE, AZ  85260 | COMMON SHARES | 307,093 | COMMON |

Sheet 15 of 16  in List of Equity Security Holders

In re:   **Sienna Biopharmaceuticals, Inc** _____     Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---:|---|
| VIRTU FINANCIAL BD LLC<br>ATTN JANICA BRINK OR PROXY MGR<br>300 VESEY STREET<br>NEW YORK, NY  10282 | COMMON SHARES | 1,364 | COMMON |
| WEDBUSH MORGAN SECURITIES, INC.<br>ATTN ALAN FERREIRA OR PROXY MGR<br>1000 WILSHIRE BLVD., SUITE #850<br>LOS ANGELES, CA  90030 | COMMON SHARES | 410 | COMMON |
| WELLS FARGO BANK, N.A./SIG<br>ATTN SCOTT NELLIS OR PROXY MGR<br>1525 W T HARRIS BLVD<br>1ST FLOOR<br>CHARLOTTE, NC  28262-8522 | COMMON SHARES | 31,438 | COMMON |
| WELLS FARGO CLEARING SERVICES LLC<br>ATTN PROXY DEPARTMENT<br>H0006-08N<br>2801 MARKET STREET<br>ST. LOUIS, MO  63103 | COMMON SHARES | 144,458 | COMMON |
| WILLIAM LEITNER<br>30699 RUSSELL RANCH ROAD<br>SUITE 140<br>WEST LAKE VILLAGE, CA  91362 | COMMON SHARES | 5,220 | COMMON |

```
Fill in this information to identify the case and this filing:

Debtor Name   Sienna Biopharmaceuticals, Inc.

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____
```

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule ____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  *Other document that requires a declaration – Statement of Corporate Ownership and List of Equity Security Holders*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      09/16/2019            X    _____
                 MM/DD/YYYY                 Signature of individual on behalf of debtor

                                            Frederick C. Beddingfield III
                                            Printed name

                                            Chief Executive Officer
                                            Position or relationship to debtor