**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------  x
                                                         :
In re:                                                   :          Chapter 11
                                                         :
SIENNA BIOPHARMACEUTICALS, INC.,                         :          Case No. 19-12051 (MFW)
                                                         :
                         Debtor.[1]                      :
                                                         :
------------------------------------------------------  x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 15, 2019 AT 11:30 A.M. (ET)**

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR**
**CERTIFICATION OF COUNSEL**

1.       Motion of Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers
         From Altering, Refusing or Discontinuing Service, (II) Approving Proposed Adequate
         Assurance of Payment, (III) Establishing Procedures for Resolving Requests for
         Additional Assurance of Payment, and (IV) Granting Related Relief [D.I. 4, 9/17/19]

         Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

         Related Documents:

                 a)       Interim Order (I) Prohibiting Utility Providers From Altering, Refusing or
                          Discontinuing Service, (II) Approving Proposed Adequate Assurance of
                          Payment, (III) Establishing Procedures for Resolving Requests for
                          Additional Assurance of Payment, and (IV) Granting Related Relief [D.I.
                          33, 9/18/19]

                 b)       Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I.
                          41, 9/18/19]

                 c)       Certification of Counsel [D.I. 79, 10/9/19]

---

[1]    The last four digits of the Debtor's federal tax identification number are 4627.  The Debtor's mailing address is
       30699 Russell Ranch Road, Suite 140, Westlake Village, California 91362.

Objections/Informal Responses:

      d)     Informal Response from the Committee

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

2.    Motion of Debtor for Entry of Interim and Final Orders (I) Establishing Notice and Hearing Procedures for Trading of Sienna Equity Securities and (II) Granting Related Relief [D.I. 6, 9/17/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

      a)     Interim Order (I) Establishing Notice and Hearing Procedures for Trading of Sienna Equity Securities and (II) Granting Related Relief [D.I. 40, 9/18/19]

      b)     Notice of Interim Order (I) Establishing Notice and Hearing Procedures for Trading of Sienna Equity Securities and (II) Granting Related Relief [D.I. 42, 9/18/19]

      c)     Certification of Counsel [D.I. 80, 10/9/19]

Objections/Informal Responses:

      d)     Informal Response from the Committee

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

3.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, (II) Authorizing Continuation of Existing Deposit Practices, (III) Approving the Continuation of Certain Ordinary Course Intercompany Transactions With the Non-Debtor Foreign Subsidiaries, and (IV) Granting Related Relief [D.I. 9, 9/17/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

a)   Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, (II) Authorizing Continuation of Existing Deposit Practices, (III) Approving the Continuation of Certain Ordinary Course Intercompany Transactions With the Non-Debtor Foreign Subsidiaries, and (IV) Granting Related Relief [D.I. 36, 9/18/19]

b)   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 41, 9/18/19]

c)   Certification of Counsel [D.I. 87, 10/9/19]

d)   Statement and Certification Pursuant to Local Rule 4001-3 Regarding Investment in Money Market Funds [D.I. 88, 10/9/19]

Objections/Informal Responses:

e)   Informal Response from the Committee

Status:   A certification of counsel has been filed.  No hearing is required unless the Court has questions.

4.   Application of Debtor for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co- Counsel to Debtor Effective as of the Petition Date [D.I. 47, 9/24/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

a)   Notice of Filing of Supplement to Application of Debtor for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co- Counsel to Debtor Effective as of the Petition Date [D.I. 74, 10/7/19]

b)   Certification of Counsel [D.I. 81, 10/9/19]

Objections/Informal Responses:

c)   Informal Response from the Office of United States Trustee

Status:   A certification of counsel has been filed.  No hearing is required unless the Court has questions.

5.      Application of Debtor for Entry of Order Authorizing Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of Petition Date [D.I. 48, 9/24/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

a)      Certification of Counsel [D.I. 82, 10/9/19]

Objections/Informal Responses:

b)      Informal Response from the Office of United States Trustee

Status:     A certification of counsel has been filed.  No hearing is required unless the Court has questions.

6.      Application of Debtor for Entry of an Order Appointing Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [D.I. 49, 9/24/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

a)      Certification of Counsel [D.I. 83, 10/9/19]

Objections/Informal Responses:

b)      Informal Response from the Office of the United States Trustee

Status:     A certification of counsel has been filed.  No hearing is required unless the Court has questions.

7.      Application of Debtor for Entry of Order Authorizing Employment and Retention of Force Ten Partners LLC as Financial Advisor to Debtor Effective as of Petition Date [D.I. 50, 9/24/19]

Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

a)      Supplemental Declaration of Jeremy Rosenthal in Support of Application of Debtor for Entry of Order Authorizing Employment and Retention of Force Ten Partners LLC as Financial Advisor to Debtor Effective as of Petition Date [D.I. 75, 10/7/19]

b)      Certification of Counsel [D.I. 84, 10/9/19]

Objections/Informal Responses:

    c)    Informal Response from

        i)    The Office of the United States Trustee
        ii)    Committee

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

8.    Motion of Debtor for Entry of Order Extending Time for Filing Schedules and Statements [D.I. 52, 9/24/19]

Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

    a)    Certificate of No Objection [D.I. 77, 10/9/19]

    b)    Proposed Order

Objections/Informal Responses:    None

Status:    A certificate of no objection has been filed.  No hearing is required.

9.    Motion of Debtor for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 53, 9/24/19]

Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

    a)    Certification of Counsel [D.I. 85, 10/9/19]

Objections/Informal Responses:

    b)    Informal Response from the Office of the United States Trustee

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

10.    Motion of Debtor for Entry of Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [D.I. 54, 9/24/19]

Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET)

Related Documents:

    a)    Certification of Counsel [D.I. 89, 10/9/19]

Objections/Informal Responses:

      b)     Informal Comments from the Office of the United States Trustee

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

11.    Motion of Debtor for Entry of Order Authorizing Debtor to Redact Certain Sensitive Information in Connection With Motion of Debtor for Entry of Order (I) Approving Incentive and Retention Programs and (II) Granting Related Relief [D.I. 56, 9/24/19]

    Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET)

    Related Documents:

      a)     Certificate of No Objection [D.I. 78, 10/9/19]

      b)     Proposed Order

    Objections/Informal Responses:    None

    Status:    A certificate of no objection has been filed.  No hearing is required.

12.    Motion of Debtor for Entry of Order (I) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including 503(b)(9) Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 68, 10/1/19]

    Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET)

    Related Documents:

      a)     Certification of Counsel [D.I. 86, 10/9/19]

    Objections/Informal Responses:

      b)     Informal Response from the Committee

    Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

## CONTESTED MATTER GOING FORWARD

13.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay and Honor Prepetition Compensation and Benefit Obligations and (B) Maintain and Continue Compensation and Benefit Programs and (II) Granting Related Relief [D.I. 8, 9/17/19]

    Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to 10/10/19 at 10 a.m. (ET)]

Related Documents:

a)      Interim Order (I) Authorizing Debtor to (A) Pay and Honor Prepetition Compensation and Benefit Obligations and (B) Maintain and Continue Compensation and Benefit Programs and (II) Granting Related Relief [D.I. 35, 9/18/19]

b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 41, 9/18/19]

Objections/Informal Responses:

c)      Informal Response from the Committee

Status:      This matter will be going forward.

14.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 10, 9/17/18]

Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to 10/11/19 at 10 a.m. (ET)]

Related Documents:

a)      Interim Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and Local Rule 4001-2, and (IV) Granting Related Relief [D.I. 38, 9/18/19]

b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 41, 9/18/19]

Objections/Informal Responses:

c)      Informal Response from the Committee

Status:      This matter will be going forward.

15.    Motion of Debtor for Entry of Order Authorizing Debtor to File Certain Portions of Creditor Matrix, Schedules, and Related Documents Containing Individual Creditor Information Under Seal [D.I. 11, 9/17/19]

Objection Deadline:    October 3, 2019 at 4:00 p.m. (ET)

Related Documents:

a)      Notice of Motion [D.I. 43, 9/19/19]

<u>Objections/Informal Responses</u>:

      b)      Objection of the United States Trustee to the Motion of Debtor for Entry of Order Authorizing Debtor to File Certain Portions of Creditor Matrix, Schedules, and Related Documents Containing Individual Creditor Information Under Seal [D.I. 73, 10/3/19]

<u>Status</u>:      This matter will be going forward.

16.      Application of Debtor for Entry of Order (I) Authorizing the Employment and Retention of Cowen and Company, LLC as Investment Banker to Debtor Effective as of the Petition Date, and (II) Waiving Certain Informational Requirements in Connection Therewith [D.I. 51, 9/24, 19]

<u>Objection Deadline</u>:      October 8, 2019 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to 10/10/19 at 10 a.m. (ET)]

<u>Related Documents</u>:

      a)      Supplemental Declaration of Lorie R. Beers in Support of Application of Debtor for Entry of Order (I) Authorizing the Employment and Retention of Cowen and Company, LLC as Investment Banker to Debtor Effective as of the Petition Date, and (II) Waiving Certain Informational Requirements in Connection Therewith [D.I. 90, 10/9/19]

<u>Objections/Informal Responses</u>:

      b)      Informal Response from the Office of the United States Trustee

      c)      Limited Objection by the Official Committee of Unsecured Creditors [D.I. 93, 10/10/19]

<u>Status</u>:      The Debtor intends to present up to two witnesses in support of the application. This matter will be going forward.

17.      Motion of Debtor for Entry of Order (I) Approving Incentive and Retention Programs and (II) Granting Related Relief [D.I. 55, 9/24/19]

<u>Objection Deadline</u>:      October 8, 2019 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors to 10/10/19 at 10 a.m. (ET)]

<u>Related Documents</u>:

      a)      [SEALED] Exhibits to Motion of Debtor for Entry of Order (I) Approving Incentive and Retention Programs and (II) Granting Related Relief [D.I. 57, 9/24/19]

Objections/Informal Responses:

b)      Informal Response from the Committee

Status:    The Debtor intends to present up to three witnesses in support of the motion. This matter will be going forward.

Dated: October 10, 2019          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Wilmington, Delaware

/s/ *Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:        mnestor@ycst.com
                  kcoyle@ycst.com

- and -

**LATHAM & WATKINS LLP**
Peter M. Gilhuly (admitted *pro hac vice*)
Ted A. Dillman (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:        peter.gilhuly@lw.com
                  ted.dillman@lw.com

*Proposed Counsel for Debtor and Debtor in Possession*