**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
SIENNA BIOPHARMACEUTICALS, INC.,                        :   Case No. 19-12051 (MFW)
                                                        :
              Debtor.¹                                  :
                                                        :
------------------------------------------------------  x
```

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR HEARING ON**
**NOVEMBER 12, 2019 AT 10:30 A.M. (ET)**

**RESOLVED MATTERS**

1.  Motion of Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance With 11 U.S.C. §§ 1102(b)(3) and 1103(c) *Nunc Pro Tunc* to September 27, 2019 [D.I. 137, 10/22/19]

    Objection Deadline:   November 5, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:

    a)  Informal Response from the United States Trustee

    Related Documents:

    b)  Certification of Counsel [D.I. 177, 11/6/19]

    c)  Order Establishing Information Sharing Procedures for Compliance With 11 U.S.C. §§ 1102(b)(3) and 1103(c) *Nunc Pro Tunc* to September 27, 2019 [D.I. 184, 11/7/19]

    Status:   An order has been entered. No hearing is required.

2.  Application of the Official Committee of Unsecured Creditors of Sienna Biopharmaceuticals, Inc. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to September 27, 2019 [D.I. 138, 10/22/19]

---

¹ The last four digits of the Debtor's federal tax identification number are 4627. The Debtor's mailing address is 30699 Russell Ranch Road, Suite 140, Westlake Village, California 91362.

Objection Deadline:   November 5, 2019 at 4:00 p.m. (ET)

Objections/Informal Responses:   None

Related Documents:

    a)    Certificate of No Objection [D.I. 174, 11/6/19]

    b)    Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to September 27, 2019 [D.I. 181, 11//19]

Status:   An order has been entered.  No hearing is required.

3.    Application of the Official Committee of Unsecured Creditors of Sienna Biopharmaceuticals, Inc. for Entry of an Order Authorizing the Employment and Retention of Foley & Lardner LLP as Lead Counsel *Nunc Pro Tunc* to September 27, 2019 [D.I. 139, 10/22/19]

    Objection Deadline:   November 5, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:   None

    Related Documents:

        a)    Certificate of No Objection [D.I. 175, 11/6/19]

        b)    Order Authorizing the Employment and Retention of Foley & Lardner LLP as Lead Counsel *Nunc Pro Tunc* to September 27, 2019 [D.I. 182, 11/7/19]

    Status:   An order has been entered.  No hearing is required.

4.    Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 27, 2019 [D.I. 140, 10/22/19]

    Objection Deadline:   November 5, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        a)    Informal Response from United States Trustee

    Related Documents:

        b)    Supplemental Declaration of John P. Madden in Support of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and

          Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 27, 2019 [D.I. 170, 11/5/19]

    c)    Certification of Counsel [D.I. 176, 11/6/19]

    d)    Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 27, 2019 [D.I. 183, 11/7/19]

Status:    An order has been entered. No hearing is required.

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**

5.    Debtor's Application for Order Authorizing the Retention and Employment of Ernst & Young LLP as its Auditor and Tax Services Provider, *Nunc Pro Tunc* to the Petition Date [D.I. 141, 10/22/19]

Objection Deadline:    November 5, 2019 at 4:00 p.m. (ET)

Objections/Informal Responses:

    a)    Informal Response from the United States Trustee

Related Documents:

    b)    Supplemental Declaration of Don C. Ferrera in Further Support of Debtor's Application for Order Authorizing the Retention and Employment of Ernst & Young LLP as its Auditor and Tax Services Provider, *Nunc Pro Tunc* to the Petition Date [D.I. 153, 10/31/19]

    c)    Certification of Counsel [D.I. 178, 11/6/19]

Status:    A certification of counsel has been filed. No hearing is required unless the Court has questions.

**CONTESTED MATTER GOING FORWARD**

6.    Motion of Debtor for Entry of Order (I)(A) Establishing Bidding Procedures, Assumption and Assignment Procedures, and Stalking Horse Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 142, 10/22/19]

Objection Deadline:    November 5, 2019 at 4:00 p.m. (ET), extended to November 6,

2019 for Silicon Valley Bank and the Committee

Objections/Informal Responses:

a)  Vendors' Representative (I) Reservation of Rights With Respect to Bidding Procedures and (II) Preliminary Objection to Sale Motion [D.I. 164, 11/5/19]

Related Documents:

b)  Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 163, 11/1/19]

c)  Response of Debtor to Reservation of Rights and Preliminary Objection of Vendors' Representative [D.I. TBF]

Status:   This matter will be going forward.

Dated: November 7, 2019        YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

 /s/ *Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:       mnestor@ycst.com
             kcoyle@ycst.com

- and -

LATHAM & WATKINS LLP
Peter M. Gilhuly (admitted *pro hac vice*)
Ted A. Dillman (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:       peter.gilhuly@lw.com
             ted.dillman@lw.com

*Counsel for Debtor and Debtor in Possession*