**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: SIENNA BIOPHARMACEUTICALS, INC.

Case No. 19-12051 (MFW)
Reporting Period: October 1, 2019 through October 31, 2019

**MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
|    Schedule of Professional Fees Paid | MOR-1b | x | | |
|    Copies of Bank Statements | | | | x |
|    Cash Disbursements Journals | | | | x |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | | | x |
|    Copies of IRS Form 6123 or payment receipt | | | | x |
|    Copies of tax returns filed during reporting period | | | | x |
| Summary of Postpetition Accounts Payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Alex Azoy
Signature of Authorized Individual*

11/25/19
Date

Alex Azoy
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: SIENNA BIOPHARMACEUTICALS, INC. | **Case No. 19-12051 (MFW)** |
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

**General Notes**

The Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format that the Debtor believes is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. This MOR has not been prepared in accordance with generally accepted accounting principles ("GAAP") in the United States. In addition, the financial statements and supplemental information contained herein represent condensed combined information.

The unaudited consolidated financial statements have been derived from the books and records of the Debtors as prepared utilizing month-end close and cut-off procedures in the normal course. This information, however, has not been subject to the same level of accounting review and testing that would be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change. The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustment, which may be material, and reconciliation. However, the Debtors are not required to publicly update this MOR to reflect more current facts or estimates, or upon the occurrence of future events, including if the facts, estimates, or assumptions upon which this MOR is based change.

The results of operations contained herein are not necessarily indicative of results which may be expected of any other period or for the full year and may not necessarily reflect the consolidated results and financial position of the Debtors in the future. The Debtors have not made and do not make any representation to any person regarding the Debtors' future results.

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: SIENNA BIOPHARMACEUTICALS, INC. | Case No. 19-12051 (MFW) |
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

**MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period October 1, 2019 through October 31, 2019

| | For the Period Ended 10/31/19 | Cumulative through 10/31/19 |
|---|---:|---:|
| Total Cash Receipts | 39,414.01 | 39,429.56 |
| | | |
| *Operating Cash Disbursements* | | |
| Payroll, Payroll Taxes, Benefits and Fees | 397,563.61 | 584,653.63 |
| Severance & Retention | 191,000.00 | 191,000.00 |
| Preclinical & Clin Dev (R&D) | 13,567.15 | 13,567.15 |
| Manufacturing (R&D) | 101,507.18 | 101,507.18 |
| Insurance | | - |
| Accounts Payable | | - |
| Rent (NNN) | 36,643.05 | 36,643.05 |
| Utilities | 7,451.23 | 7,451.23 |
| Corp Credit Card | 16,887.35 | 16,887.35 |
| Travel Expenses | 2,974.16 | 2,974.16 |
| Ordinary Course Legal Fees | (34,848.20) | (24,848.20) |
| Accounting & Taxes | | - |
| Director/Corporate Advisor Fees | | 14,062.50 |
| Italy/Lux Funding and Severance Obligation | | - |
| Other Disbursements | 6,994.57 | 7,784.14 |
| Total Operating Cash Disbursements | 739,740.10 | 951,682.19 |
| | | |
| **Operating Cash Flow** | **(700,326.09)** | **(912,252.63)** |
| | | |
| *Restructuring Disbursements* | | |
| Professional Fees | 29,112.34 | 29,112.34 |
| Other Restructuring Disbursements | 130,283.33 | 130,283.33 |
| Total Operating Cash Disbursements | 159,395.67 | 159,395.67 |
| | | |
| **Net Cash Flow** | **(859,721.76)** | **(1,071,648.30)** |
| | | |
| **Available Beginning Cash Balance** | **11,145,951.31** | **11,357,877.85** |
| **Change +/-** | **(859,721.76)** | **(1,071,648.30)** |
| **Available Ending Cash Balance** | **10,286,229.55** | **10,286,229.55** |

**United States Bankruptcy Court**
**District of Delaware**

In re: SIENNA BIOPHARMACEUTICALS, INC.  **Case No. 19-12051 (MFW)**
Debtor  Reporting Period: October 1, 2019 through October 31, 2019

**MOR - 1a**
**Bank Account Balances, Debtor Statement with respect to Bank Account Reconciliations**

| Account Number | Bank | State | Account Type | Balance at 10/31/2019 |
|---|---|---|---|---|
| **3396 | Silicon Valley Bank | CA | Sweep - Excess Cash Investments | 9,823,100.41 |
| **3773 | Silicon Valley Bank | CA | Operating | 250,017.94 |
| **4271 | Silicon Valley Bank | CA | Restricted Cash Collateral | 181,211.20 |
| **3311 | Silicon Valley Bank | CA | Collateral MMA | 30,000.00 |
| **6528 | Silicon Valley Bank | CA | Utility | 1,900.00 |
| **Total** | | | | **$10,286,229.55** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtor affirms that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The Debtor affirms that bank statements for all open and active bank accounts are retained by the Debtors.

**United States Bankruptcy Court**
**District of Delaware**

| In re: SIENNA BIOPHARMACEUTICALS, INC. | Case No. 19-12051 (MFW) |
|---|---|
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

**MOR - 1b**
**Schedule of Professional Fees and Expenses Paid**
For the period October 1, 2019 through October 31, 2019

| Payee | Period Covered | Payment Amount | Payment Date | Amount Paid This Period | | Amount Paid Case to Date | |
|---|---|---|---|---|---|---|---|
| | | | | Fees | Expenses | Fees | Expenses |
| Latham & Watkins LLP | | | | | | | |
| Young Conaway Stargatt & Taylor, LLP | | | | | | | |
| Ernst & Young LLP | | | | | | | |
| Cowen & Company, LLC | | | | | | | |
| Force Ten Partners, LLC | | | | | | | |
| Foley & Lardner LLP | | | | | | | |
| Potter Anderson & Corroon LLP | | | | | | | |
| Emerald Capital Advisors | | | | | | | |
| Epiq Corporate Restructuring, LLC | 9/16/19 to 9/30/19 [1] | 45,928.50 | 10/23/2019 | 39,321.40 | 6,607.10 | 39,321.40 | 6,607.10 |
| **Total** | | | | **$ 39,321.40** | **$ 6,607.10** | **$ 39,321.40** | **$ 6,607.10** |

[1] A retainer balance of $16,816.16 was applied to this invoice, with the balance of $29,112.34 paid in cash by the Debtor.

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: SIENNA BIOPHARMACEUTICALS, INC. | Case No. 19-12051 (MFW) |
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

MOR - 2
Statement of Operations
For the period October 1, 2019 through October 31, 2019

| | | |
|---|---|---:|
| Revenues | $ | - |
| **Operating Expenses:** | | |
| Salaries, Tax & Benefits | | 571,582.58 |
| Office Rent | | 35,789.46 |
| Office Services & Supplies | | 1,466.54 |
| Postage, Mailing & Freight | | 1,941.90 |
| Bank Charges | | 3,744.19 |
| Travel - Air, Hotel, Auto | | 13,642.41 |
| T&E Meals - Subject To 50% Limit | | 4,661.58 |
| Accounting Fees | | 199,011.20 |
| Investor Relations | | 1,531.40 |
| IT Consulting & External Serv | | 11,129.41 |
| Corporate Legal Expense | | 5,992.75 |
| Litigation Expense | | 79.00 |
| Business Development | | 6,225.83 |
| Taxes & Licenses - Prop, Compliance | | 16,666.67 |
| Telecommunications - Voice/Data | | 3,726.32 |
| Consultants | | 6,866.14 |
| Conferences & Training | | 1,614.00 |
| Dues & Subscriptions | | 47.98 |
| Starting Material | | 4,166.67 |
| Drug Substance | | 5,157.04 |
| Drug Product/Packaging | | 55,200.75 |
| Logistics | | 2,910.00 |
| Massager | | 2,329.90 |
| SNA-001 LHR Pivotal | | 58,041.00 |
| SNA-120-301 Ph3 Pivotal #1 | | 155,129.36 |
| Clinical Consultants | | 2,631.00 |
| Regulatory | | 2,223.50 |
| Interest Income | | (17.94) |
| Realized (Gain) / Loss | | 829.04 |
| FX Transactional (Gain) / Loss | | 170.93 |
| Interest Expense | | 128,333.33 |
| **Total Operating Expenses** | $ | **1,302,823.94** |
| | | |
| **Comprehensive Gain / (Loss)** | $ | **(1,302,823.94)** |

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: SIENNA BIOPHARMACEUTICALS, INC. | Case No. 19-12051 (MFW) |
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

**MOR - 3**
**Balance Sheet**
as of October 31, 2019

**Assets**

**Current Assets**
| | |
|---|---:|
| Cash & Cash Equivalents | 10,070,213.81 |
| Restricted Cash | 213,111.20 |
| Prepaid Expenses | 8,784,307.72 |
| Other Current Assets | 0.00 |
| **Total Current Assets** | **19,067,632.73** |

**Non-Current Assets**
| | |
|---|---:|
| Fixed Assets | 522,978.75 |
| Accumulated Depreciation | -344,206.25 |
| 12200-Due To/Due From Sienna/Italy | 0.00 |
| 12210-Due To/Due From Sienna/Holdings | 0.00 |
| 12230-Due To/Due From Sienna/UK | 0.00 |
| 12260-Due To/Due From LUX/Italy | 0.00 |
| 13100-Investment in UK Holdings Ltd. | 43,765,787.72 |
| 13110-Investment in Subsidiary | 0.00 |
| Other Long-Term Assets | 81,122.11 |
| In-Process Research & Development | 0.00 |
| **Total Assets** | **63,093,315.06** |

**Liabilities**

**Current Liabilities**
| | |
|---|---:|
| Accounts Payable | 2,926,923.49 |
| Accrued Personnel Costs | 430,617.48 |
| Other Payables | 2,073,916.04 |
| **Total Current Liabilities** | **5,431,457.01** |

**Long Term Liabilities**
| | |
|---|---:|
| Notes Payable | 10,103,409.09 |
| Deferred Tax Liability | 0.00 |
| Other Long-Term Liabilities | 0.01 |
| **Total Long Term Liabilities** | **10,103,409.10** |
| **Total Liabilities** | **15,534,866.11** |

**Capital**
| | |
|---|---:|
| Common Stock and Paid in Capital | 209,817,605.94 |
| Retained Earnings - Loss Carry-Forward | -153,337,269.82 |
| Net Income / (Loss) | -8,793,052.80 |
| Accumulated Other Comprehensive Income/(Loss) | -128,834.37 |
| **Total Shareholders' Equity** | **47,558,448.95** |
| **Total Liabilities and Capital** | **63,093,315.06** |

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: SIENNA BIOPHARMACEUTICALS, INC. | **Case No. 19-12051 (MFW)** |
| Debtor | Reporting Period: October 1, 2019 through October 31, 2019 |

**MOR - 4**
**Debtor Statement with Respect to Post-Petition Accounts Payable and Taxes**
For the period October 1, 2019 through October 31, 2019

Mr. Alex Azoy herbeby declares under the penalty of perjury:

I am the Cheif Financial Officer of Sienna Biopharmaceuticals, Inc., the above captioned Debtor. I am familiar with the Debtor's day-to-day operations, business affairs and books and records. I am authorized to submit this statement on behalf of the Debtor.

All statements in this statement are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtor, or my opinion based on my experience and knowledge of the Debtor's operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtor or opinion.

To the best of my knowledge, information, and belief, and except as otherwise set forth in this MOR, the Debtor has filed all the necessary federal, state, and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or prepayments) all related required post-petition tax payments, which are not subject to dispute or reconciliation, and are current.

   /s/ Alex Azoy                                    11/25/19
                                                     Date

**United States Bankruptcy Court**
**District of Delaware**

In re: SIENNA BIOPHARMACEUTICALS, INC.     Case No. 19-12051 (MFW)
Debtor     Reporting Period: October 1, 2019 through October 31, 2019

**MOR - 5**
**Accounts Receivable Aging and Reconciliation**
For the period October 1, 2019 through October 31, 2019

| | Beginning Amount | + Amounts Billed During Period | - Amounts Collected During Period | Ending Amount |
|---|---|---|---|---|
| Accounts Receivable | $ - | $ - | $ - | $ - |

| | Days Past Due | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Current | 0-30 Days | 31-60 Days | 61-90 Days | > 90 Days | Total AR, Gross | Allowance for Doubtful accounts | Total AR, Net |
| Accounts Receivable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| For the MOR Reporting Period | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |