## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------- x
                    :

In re:                        :       Chapter 11
                    :

SIENNA BIOPHARMACEUTICALS,   :       Case No. 19-12051 (MFW)
INC.,                     :
                    :

         Debtor.[1]      :
                    :

-------------------------------------------------- x

## NOTICE OF AGENDA OF
## MATTERS SCHEDULED FOR HEARING ON
## DECEMBER 10, 2019 AT 10:30 A.M. (ET)

## CONTESTED MATTER GOING FORWARD

1.    Motion of Debtor for Entry of Order (I)(A) Establishing Bidding Procedures, Assumption and Assignment Procedures, and Stalking Horse Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 142, 10/22/19]

Objection Deadline:   December 3, 2019 at 4:00 p.m. (ET)

Objections/Informal Responses:

    a)     Vendors' Representative (I) Reservation of Rights With Respect to Bidding Procedures and (II) Preliminary Objection to Sale Motion [D.I. 164, 11/5/19]

    b)     MedPharm Limited's Objection to Cure Amount [D.I. 204, 11/12/19]

    c)     Johnson Matthey Pharmaceutical Materials, Inc's Objection to Cure Notice [D.I. 207, 11/14/19]

    d)     Therapeutics, Inc's Objection to Cure Amount [D.I. 208, 11/14/19]

---

[1]   The last four digits of the Debtor's federal tax identification number are 4627.  The Debtor's mailing address is 30699 Russell Ranch Road, Suite 140, Westlake Village, California 91362.

e)      Objection of AndersonBrecon, Inc. to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 210, 11/15/19]

f)      Limited Objection and Reservation of Rights of Covance, Inc. to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 212, 11/15/19]

g)      Sebacia Inc.'s Limited Opposition and Reservation of Rights [D.I. 233, 12/3/19]

h)      Notice of Withdrawal of Sebacia Inc.'s Limited Opposition and Reservation of Rights [D.I. 239, 12/5/19]

Related Documents:

a)      Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 163, 11/1/19]

b)      Motion for an Order Granting the Debtor Leave and Permission to File Response of Debtor to Reservation of Rights and Preliminary Objection of Vendors' Representative [D.I. 187, 11/7/19]

c)      Joinder of the Official Committee of Unsecured Creditors to Response of Debtor to Reservation of Rights and Preliminary Objection of Vendors' Representative [D.I. 188, 11/8/19]

d)      Order Granting Debtor Leave and Permission to File Response of Debtor to Reservation of Rights and Preliminary Objection of Vendors' Representative [D.I. 197, 11/12/19]

e)      Order (I)(A) Establishing Bidding Procedures, Assumption and Assignment Procedures, and Stalking Horse Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 205, 11/13/19]

f)      Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 206, 11/13/19]

g)      Notice of Auction [D.I. 232, 12/3/19]

h)      Notice of Successful Bidder [D.I. 240, 12/5/19]

Status:    With respect to item (a), the Debtor is not proposing to sell the assets to which this objection applies.  With respect to items (b) through (g), the proposed buyer is not taking assignment of any contracts; thus, the objections are moot.  The Debtor intends to present the form of order attached to the Notice of Successful Bidder.

Dated: December 6, 2019            YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

  /s/ *Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:        mnestor@ycst.com
              kcoyle@ycst.com
              jmulvihill@ycst.com

- and -

LATHAM & WATKINS LLP
Peter M. Gilhuly (admitted *pro hac vice*)
Ted A. Dillman (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:        peter.gilhuly@lw.com
              ted.dillman@lw.com

*Counsel for Debtor and Debtor in Possession*