# EXHIBIT B

# Constellation Transcript

# In The Matter Of:
*Constellation Enterprises, LLC.*

*Bankruptcy Recording*
*September 27, 2017*

*Wilcox & Fetzer, Ltd.*
*1330 King Street*
*Wilmington, DE    19801*
*email: depos@wilfet.com, web: www.wilfet.com*
*phone:  302-655-0477, fax:  302-655-0497*



Original File Constellation 9-27-17 Bankruptcy Recording.txt
Min-U-Script® with Word Index

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Constellation Enterprises ) | Case No. |
| LLC, et al., ) | 16-11213 (CSS) |
| ) | |
| Debtors. ) | |
| ---------------------------) | |
| Trevor Miller, on behalf of) | |
| himself and all others ) | |
| similarly situated, ) | Adversary Case |
| ) | No. 16-50997 (CSS) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Columbus Steel Castings ) | |
| Company, Columbus Holdings,) | |
| Inc., and Constellation ) | |
| Enterprises, LLC, ) | |
| ) | |
| Defendants. ) | |

Wilmington, Delaware
September 27, 2017
10:07 a.m.

TRANSCRIPT OF AN ELECTRONIC RECORDING
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE



WILCOX & FETZER LTD
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

```
 1   purchased by the noteholders.  If they believe
 2   they have standing to pursue them and they
 3   have those claims, my client is a target
 4   regardless.
 5              So this has nothing to do with
 6   it.  This is just about finally putting an end
 7   to these cases and stopping the administrative
 8   burn.  Thank you, Your Honor.
 9              THE COURT:  Thank you.
10              Okay.  Here's how we're going to
11   proceed:  I do not believe that an evidentiary
12   hearing is required.  I find and rule that the
13   debtors have an absolute right to convert
14   these cases.  Cause does not need be
15   established, nor are there any exceptions.
16              I think the Marrama case deals
17   with a very different set of circumstances and
18   is not applicable to the conversion of a
19   Chapter 11 business case to a case under
20   Chapter 7.
21              There's no dispute nor can there
22   be a dispute that these debtors are eligible
23   to be debtors under Chapter 7.  That, of
24   course, is the key issue in Marrama, whether
25   that debtor could be eligible under Chapter
```

```
 1  13.  The Supreme Court found that if you're
 2  not eligible to be a debtor under Chapter 13,
 3  which that debtor was not, then you don't have
 4  an absolute right to convert to Chapter 13.
 5  It makes a lot of sense.
 6              There is no dispute nor could
 7  there be a dispute that this debtor is not
 8  eligible to convert to Chapter 7.  So I don't
 9  need evidence.  I don't think an evidentiary
10  record is required.  I think the debtors have
11  the right to pursue this.
12              Assuming arguendo, if we're going
13  to have evidence, I think it would be very
14  difficult for the committee to dispute a
15  record that has been established over months
16  of this case, and the key issue for me
17  continues to be administrative insolvency.
18              While I agree with Mr. Kinel that
19  there's nothing in the code that specifies
20  that of course the case has to be
21  administratively solvent to remain in Chapter
22  11, it has been a long-time practice of this
23  judge and I think my colleagues on this bench
24  that they will not allow a Chapter 11 case to
25  proceed in an administratively insolvent
```

```
 1  manner.  I think it's irresponsible of the
 2  court.
 3              And while it's easy to pick on
 4  lawyers and other professionals as somehow
 5  being a lower species of administrative
 6  expense claimants not entitled to payment, the
 7  reality is that the lawyers and other estate
 8  professionals including the committees of
 9  professionals work very hard.  They get paid
10  well, but they're extremely talented, highly
11  competent lawyers and financial professionals
12  who earn the money they make.
13              And if the Court finds that those
14  fees and expenses are reasonable under 330 or
15  331, then they're allowed administrative
16  expenses, and they're as valid as any other
17  allowed administrative expense, including for
18  the wages of -- postpetition wages of
19  employees or the postpetition provision of
20  goods and services by vendors.  They are valid
21  claims.  And there's no question that they
22  have continued to rack up at a pace that is
23  beyond the ability for this estate to
24  proceed -- or to pay.
25              There may not be a fix for this
```



1  in Chapter 7.  The case may end up being
2  dismissed as a no-asset case or it may
3  otherwise end up on sort of the ash heap of a
4  Chapter 7.
5              But an independent Chapter 7
6  trustee who can look at the assets, look at
7  the liabilities, decide whether to pursue
8  Chapter 5 causes of action if there are any or
9  any other causes or action can make that
10 decision, hopefully in short order.  And our
11 panel of trustees are extremely competent at
12 making those decisions in short order and
13 figuring out whether to pursue a case or not.
14             So I will convert the case.  The
15 question is when.  This really goes to the nub
16 of Mr. Kinel's point and also goes to
17 Ms. Casey's comments about the order.  I am
18 not willing to delay conversion for days,
19 months -- days, weeks, months, years, however
20 long it might take an appellate process to
21 work its way through.
22             As Mr. Kaplan noted, assuming the
23 certification of direct appeal is denied, the
24 district court is just the intermediate
25 appellate court.  And I don't know what might

```
 1   happen in the event Judge Andrews reverses me
 2   and whether someone who has the money and skin
 3   in the game wants to appeal that or if he
 4   affirms me and someone wants to appeal.  It
 5   could go either way, and it could also go up
 6   to the Third Circuit.  That, of course, I
 7   mean, we're all professionals.  We've all
 8   dealt with this our whole lives.  That's a
 9   nine-month process minimum from filing your
10   notice of appeal to getting a decision from
11   the Third Circuit.
12               So that's just the reality of how
13   long it takes justice to work its way through
14   our system.  And it's not meant as a criticism
15   to any judge.  These things take time.  So I'm
16   just not going to let the case continue.
17               And that raises the issue of what
18   effect this conversion might have on the
19   appeal.  So some of the issues that were
20   raised in the briefing were whether this court
21   has jurisdiction to convert.  Given the
22   pendency of the appeal, I don't think there's
23   any question or can be any reasonable question
24   that I don't have jurisdiction.  I clearly
25   have jurisdiction to continue to manage the
```

```
 1   case, and that would include converting the
 2   case to Chapter 7.  At most it's tangentially
 3   related to the appeal and I think is not even
 4   tangentially related to the appeal.
 5                 Certainly I don't have
 6   jurisdiction to resurrect the appeal or
 7   resurrect the settlement motion or change my
 8   mind without leave of the appellate court, but
 9   that's not what's going on if I convert the
10   case.
11                 Then the other question is
12   whether the committee will continue to exist
13   post conversion or whether it will dissolved.
14   Per the briefing on that, I've looked into
15   that myself.
16                 Personally I will say this
17   without deciding it because I don't think
18   there's a reason I have to decide it, and it
19   probably might be a more appropriate issue for
20   Judge Andrews to decide whether the committee
21   still has standing to go forward with this
22   appeal.
23                 But in my mind the cases are
24   legion and overwhelmingly in support of the
25   proposition that upon conversion the committee
```

|   |   |
|---|---|
| 1 | ceases to exist.  Judge Walsh, and it doesn't |
| 2 | get much more gold-plated in this jurisdiction |
| 3 | than an opinion by Judge Walsh, but Judge |
| 4 | Walsh ruled that in World Health Alternatives, |
| 5 | stating, of course upon conversion of the |
| 6 | cases to Chapter 7 the committee will cease to |
| 7 | exist, and he cites a number of cases.  And |
| 8 | there are numerous other cases in other |
| 9 | districts that hold the same. |
| 10 | I don't think the order needs to |
| 11 | address that, the order converting the case. |
| 12 | It is or it isn't going to happen by |
| 13 | operational law, and I'll allow that to be |
| 14 | argued to the extent it's relevant either in |
| 15 | this court or some other court. |
| 16 | With regard to the effective date |
| 17 | of the order, how long, Mr. Shapiro -- I agree |
| 18 | with Ms. Casey.  We should specify a date. |
| 19 | And I don't want to languish, but I want to |
| 20 | give you the time to do the things that you've |
| 21 | specified, both with regard to the WARN Act |
| 22 | settlement, which might take today, might take |
| 23 | even into tomorrow, and then you have the |
| 24 | transfer of funds, et cetera.  So how long do |
| 25 | you think that's going to actually take? |