## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :
In re:                                             :      Chapter 7
                                                   :
SIENNA BIOPHARMACEUTICALS, INC.,                   :      Case No. 19-12051 (MFW)
                                                   :
                    Debtor.¹                       :
                                                   :
-------------------------------------------------- x
```

### NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that on December 18, 2019, the Court entered, in the chapter 11 case of the above-captioned debtor (the "Debtor"), the *Order (I) Converting The Debtor's Chapter 11 Case to a Case Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief* [Docket No. 266] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby submits its schedule of unpaid debts incurred from the petition date of September 16, 2019, through the conversion date of December 18, 2019, which is attached hereto as Exhibit A (the "Schedule").

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtor and its estate with respect to the debts listed therein.

---

¹   The last four digits of the Debtor's federal tax identification number are 4627.  The Debtor's mailing address is 30699 Russell Ranch Road, Suite 140, Westlake Village, California 91362.

25762274.1

Dated: December 24, 2019
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph M. Mulvihill*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:      mnestor@ycst.com
              kcoyle@ycst.com
              jmulvihill@ycst.com

- and -

LATHAM & WATKINS LLP
Peter M. Gilhuly (admitted *pro hac vice*)
Ted A. Dillman (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email:      peter.gilhuly@lw.com
              ted.dillman@lw.com

*Counsel for Debtor and Debtor in Possession*

# Exhibit A

## Schedule of Unpaid Postpetition Debts

| Vendor Account Name | Due Date | Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Balance |
|---|---|---:|---:|---:|---:|---:|---:|
| SVA Consulting, LLC | 12/30/2019 | 155.22 | 0.00 | 0.00 | 0.00 | 0.00 | 155.22 |
| IQVIA RDS Inc. | 12/14/2019 | 20,608.45 | 0.00 | 0.00 | 0.00 | 0.00 | 20,608.45 |
| IQVIA RDS Inc. | 11/14/2019 | 0.00 | 26,835.61 | 0.00 | 0.00 | 0.00 | 26,835.61 |
| Advarra | 10/24/2019 | 0.00 | 0.00 | 490.00 | 0.00 | 0.00 | 490.00 |
| Advarra | 10/25/2019 | 0.00 | 0.00 | 295.00 | 0.00 | 0.00 | 295.00 |
| Advarra | 11/2/2019 | 0.00 | 0.00 | 245.00 | 0.00 | 0.00 | 245.00 |
| Advarra | 11/6/2019 | 0.00 | 0.00 | 295.00 | 0.00 | 0.00 | 295.00 |
| Advarra | 11/7/2019 | 0.00 | 0.00 | 490.00 | 0.00 | 0.00 | 490.00 |
| FTI Consulting, Inc. | 12/12/2019 | 8,249.98 | 0.00 | 0.00 | 0.00 | 0.00 | 8,249.98 |
| | | **29,013.65** | **26,835.61** | **1,815.00** | **0.00** | **0.00** | **57,664.26** |