IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SIENNA BIOPHARMACEUTICALS, INC., | Case No. 19-12051 (MFW) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 18, 2020 AT 2:00 P.M.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR
CERTIFICATION OF COUNSEL

1.    Application of Jeoffrey L. Burtch, Chapter 7 Trustee to Employ Cozen O'Connor as General Counsel to the Trustee [Docket No. 311; filed January 27, 2020]

Related Documents:

    A.    Certification of No Objection Regarding Docket No. 311

    B.    Proposed Order

Status: A Certification of No Objection has been filed.

2.    Chapter 11 Professional Final Fee Applications[1]

Related Documents:    Please see attached Schedule 1

    A.    Certification of Counsel [Docket No. 320; filed February 13, 2020]

    B.    Proposed Order

Response Deadline:    Please see attached Schedule 1

Response Received:    Informal response by Chapter 7 Trustee with respect to final fee applications filed by Debtor's counsel.

Status: A certification of counsel has been filed.  No hearing is required unless the Court has questions.

---

[1] The Cowen Fee Application hearing has been continued to March 4, 2020, and the response deadline has been extended to February 26, 2020 for the United States Trustee and the Chapter 7 Trustee.

Dated:  February 13, 2020   COZEN O'CONNOR

         */s/ Gregory F. Fischer*
         Mark E. Felger (No. 3919)
         Gregory F. Fischer (No. 5269)
         1201 N. Market Street, Suite 1001
         Wilmington, DE 19801
         T: (302) 295-2000; F: (302) 295-2013
         mfelger@cozen.com
         gfischer@cozen.com
         *Proposed Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*