|  |  |
|---|---|
| **EXHIBIT A** | |
| IN RE: SIENNA BIOPHARMACEUTICALS, INC. | |
| CASE NO. CASE NO. 19-12051 (MFW) | |
| SUBJECT: FIRST OMNIBUS PREFERENCE SETTLEMENTS | |

| SETTLING PARTY | TRANSFER AMOUNT/ DEMAND AMOUNT | SETTLEMENT AMOUNT |
|---|---|---|
| Adelphi Values LLC, **Adv. Pro. No. 21-51171-MFW** | $174,768.53 | $37,062.57 |
| AndersonBrecon Inc. d/b/a PCI Pharma Services **Adv. Pro. No. 21-51164-MFW** | $51,788.83 | $15,000.00 |
| Canfield Scientific, Inc., **Adv. Pro. No. 21-51169-MFW** | $154,943.59 | $40,000.00 |
| Cd Chunn & Associates, Inc. **Demand Letter** | $31,722.50 | $5,875.00 |
| CPA Global, Ltd. **Adv. Pro. No. 21-51168-MFW** | $88,492.29 | $32,500.00 |
| Dermatology Cosmetic Laser Medical Associates of La Jolla, Inc., FBN Cosmetic Laser Dermatology, Inc. **Adv. Pro. No. 21-51162-MFW** | $37,000.00 | $21,750.00 |
| Donnelley Financial Solutions **Demand Letter** | $166,079.12 | $60,000.00 |
| Innovaderm Research Inc., **Adv. Pro. No. 21-51170-MFW** | $459,259.59 | $105,929.76 |
| Knobbe Martens Olson & Bear LLP, **Adv. Pro. No. 21-51172-MFW** | $250,589.03 | $25,000.00 |
| MAPI Life Sciences Canada Inc., **Adv. Pro. No. 21-51173-MFW** | $17,464.50 | $5,000.00 |
| Pay Governance LLC, **Adv. Pro. No. 21-51165-MFW** | $32,462.50 | $19,477.50 |
| Pharmadvance Consulting, Inc. **Demand Letter** | $62,081.25 | $8,112.50 |
| Skin Laser And Surgery Specialists Of New York & New Jersey, **Adv. Pro. No. 21-51163-MFW** | $84,178.33 | $10,000.00 |

2

| SETTLING PARTY | TRANSFER AMOUNT/ DEMAND AMOUNT | SETTLEMENT AMOUNT |
|---|---|---|
| UNICEP Packaging, LLC **Demand Letter** | $24,671.9 | $23,438.31 (95% return, no settlement agreement) |