IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SIENNA BIOPHARMACEUTICALS, INC., | : | Case No. 19-12051 (MFW) |
| | : | |
| Debtor. | : | |
| | : | **Related Docket No. 474** |
| | : | |

**ORDER TO PAY UNCLAIMED FUNDS TO THE COURT**

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion in the amount of $4,287.17 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

Dated: December 12th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE